Michael Salcido, #009828
**RENAUD COOK DRURY MESAROS, PA**
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
msalcido@rcdmlaw.com

*Attorneys for Defendants NCO*
  *Financial Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Wanetta Davis,**<br><br>    Plaintiff,<br><br>v.<br><br>**NCO Financial Systems, Inc.,** a Pennsylvania corporation, and John Masalonus, an individual,<br><br>    Defendants. | Case No. CV06-0819 PHX EHC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree that the above-entitled action may be dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees incurred herein.

DATED this  12th  day of May, 2006.

**RENAUD COOK DRURY MESAROS, PA**


By:/s/ Michael Salcido
    Michael Salcido
    Phelps Dodge Tower
    One North Central, Suite 900
    Phoenix, AZ  85004-4417
    *Attorneys for Defendant NCO*
      *Financial Systems, Inc.*


**MICHAEL C. SHAW, P.L.L.C.**

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, No. CV06-0819 PHX EHC)   #340608v1<RCD_PHX> -NCO-Davis- Stipulation for Dismissal With Prejudic

                                        By: /s/ Michael C. Shaw
                                              Michael C. Shaw
                                              401 West Baseline Road, Suite 210
                                              Tempe, AZ 85283
                                              *Attorney for Plaintiff*

**ORIGINAL** of the foregoing electronically filed with the Court and copy mailed this 12th day of May, 2006, to:

The Honorable Earl H. Carroll
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 West Washington Street, SPC 48
Phoenix, AZ 85003-2151


/s/ Cynthia A. Jansen

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853