# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Wannetta Davis,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**NCO Financial Systems, Inc.,** a Pennsylvania corporation, and John Masalonus, an individual,<br><br>　　　　　Defendants. | Case No. CV06-0819 PHX EHC<br><br>**ORDER FOR DISMISSAL** |

　　　　Pursuant to the foregoing Stipulation for Dismissal,

　　　　**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees incurred herein.

　　　　DATED this 12th day of May, 2006.

*/s/ Earl H. Carroll*
―――――――――――――――――
Earl H. Carroll
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853